# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NICKI BOYD,                                      )
                                                 )        Case No.:  2:15-cv-01814-GMN-PAL
                    Plaintiff,                    )
                                                 )    **ORDER ACCEPTING REPORT &**
         vs.                                     )    **RECOMMENDATION OF MAGISTRATE**
                                                 )              **JUDGE LEEN**
LAS VEGAS DETENTION CENTER                       )
KITCHEN,                                         )
                                                 )
                    Defendant.                   )
_____          )


Before the Court for consideration is the Report and Recommendation (ECF No. 4) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered February 2, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by February 19, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendations that Plaintiff's Application to Proceed in Forma Pauperis (ECF No.1) be denied and this case be dismissed without prejudice.  Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 4) is **ACCEPTED and ADOPTED in full.**  Plaintiff's Application to Proceed in Forma Pauperis (ECF No. 1) is **DENIED**.

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice to the Plaintiff's ability to commence a new action in which she either pays the appropriate filing fee in full or submits a completed application to proceed *in forma pauperis*.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __22__ day of February, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court